7-7-14

CASE NO: 3:09-CR-00133

Dear, Clerk of court in corresponding questioning the status of my 2255 motion to vacate or set aside sentence. That was submitted on June 4, 2012.
Please respond to this correspondence.

Thank you in advance.

Rodney Wyatt

Rodney Wyatt

Rodney WYATT #34895-183
L.S.C.I. Butner, NC
P.O. Box 999
Butner, NC 27509-0999


RECEIVED
JUL 11 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA